## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

WILLIE PRICE, JR.

VERSUS

NEW ORLEANS PARISH CRIMINAL SHERIFF

CIVIL ACTION

NO. 09-3573

SECTION: "N"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous, and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this __13th__ day of July, 2009.

UNITED STATES DISTRICT JUDGE